JOSEPH F. IVES, Appellant, v. MERRILL HOSIERY COMPANY, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

In the Matter of MATTHEW M. BLACK, an Attorney.— Motion granted, and proceedings dismissed. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application of the CITY OF NEW YORK, etc., to Acquire Title to Washington Avenue, etc., in the Borough of Queens.— Motion granted, and Emil A. Guenther, Esq., appointed in the place of Eugene V. Daly, Esq., resigned. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

In the Matter of ROBERT S. KING, an Attorney.— Report of referee confirmed. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

In the Matter of ADDISON S. SANBORN, an Attorney.— Matter referred to the Hon. William D. Dickey, as official referee, to take proof in the matters raised by the petition herein, and report to this court with his opinion. Present — Jenks, P. J., Thomas, Carr and Rich, JJ.; Putnam, J., not voting.

In the Matter of the Application of EDWIN L. STOIBER for Admission to the Bar.— Application granted. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

GILBERT E. LOPER, Respondent, v. LEWIS NIXON, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

SIMON MARCH, Respondent, v. LEHIGH AND WILKESBARRE COAL COMPANY, Appellant.— Motion denied, without costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

WALTER B. MILKMAN, etc., Respondent, v. JOSE CASESA and Another, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

JAMES J. O'BRIEN, Appellant, v. EVA RUPPEL and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL ZIMMER, Appellant.— Motion to resettle order denied. The People can review our order in its present form. (People v. Weiner, 211 N. Y. 469.) Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

SIGMUND REISS, Appellant, v. USONA SHIRT COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.